UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MGMTL, LLC** | * | **CIVIL ACTION: 20-2138** |
| | * | |
| | * | **JUDGE: WENDY B. VITTER** |
| **VERSUS** | * | |
| | * | **SECTION: D** |
| | * | |
| **STRATEGIC TECHNOLOGY INSTITUTE, INC.** | * | **MAGISTRATE JUDGE: NORTH** |
| | * | |
| | * | **DIVISION: 5** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STATEMENT OF THE CASE

Plaintiff MGMTL, LLC and Defendant Strategic Technology Institute, Inc. ("STI") submit this joint statement of the case:

MGMTL holds a registered copyright to its Security Management and Reporting Tool ("SMART") computer program.

MGMTL, on the one hand, contends that its former business partner STI received access to SMART, created a copycat version of SMART, re-named the copycat software PASS, and held the copied software out to the public as if it were STI's own—all of which it hid from MGMTL.

STI, on the other hand, contends that although it had access to SMART and discussed creating a web-based version of SMART, STI ultimately created a different program written from scratch—the Personnel Administrative Security System ("PASS"), a web-based program with unique code. STI further contends that the similarities between SMART and PASS are because each program uses Department of Defense (DoD) owned personnel data to populate DoD forms. Finally, STI contends that MGMTL never sold SMART and STI never sold PASS, so there is no harm.

Respectfully submitted,

| | |
|---|---|
| /s/ Harold J. Flanagan | /s/ Nicholas M. DePalma |
| Thomas M. Flanagan (#19569) | James Y. Boland (pro hac vice) |
| Harold J. Flanagan (#24091) | Nicholas M. DePalma (pro hac vice) |
| Camille E. Gauthier (#34558) | Taylor S. Chapman (pro hac vice) |
| Dennis O. Durocher, Jr. (#36441) | Christian R. Schreiber (pro hac vice) |
| FLANAGAN PARTNERS LLP | VENABLE LLP |
| 201 St. Charles Ave. Suite 3300 | 8010 Towers Crescent Drive, Suite 300 |
| New Orleans, Louisiana 70170 | Tysons, VA 22182 |
| Telephone: (504) 569-0235 | Telephone: (703) 760-1997 |
| Facsimile: (504) 529-0251 | Facsimile: (703) 821-8949 |
| tflanagan@flanaganpartners.com | jyboland@venable.com |
| cgauthier@flanaganpartners.com | nmdepalma@venable.com |
| hflanagan@flanaganpartners.com | tschapman@venable.com |
| ddurocher@flanaganpartners.com | crschreiber@venable.com |

Attorneys for MGMTL, LLC

Micah J. Fincher (#33830)
Michael W. Magner (#01206)
Jones Walker LLP
201 Saint Charles Ave., Suite 5100
New Orleans LA, 70170-5100
Telephone: (504) 582-8464
Fax: (504) 589-8464
mfincher@joneswalker.com

Attorneys for Strategic Technology Institute, Inc.