MINUTE ENTRY
VITTER, J.
JUNE 2, 2022
JS10, 0:45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MGMTL, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2138-WBV-MBN** |
| **STRATEGIC TECHNOLOGY INSTITUTE, INC.** | **SECTION: D (5)** |

## ZOOM STATUS CONFERENCE REPORT and ORDER

On June 2, 2022, at the Court's request, the Court held a status conference by Zoom videoconference in this matter.

**PRESENT:**

**Camille E. Gauthier, Dennis O. Durocher, Jr., Harold J. Flanagan**
Counsel for Plaintiff, MGMTL, LLC ("MGMTL")

**Micah J. Fincher, Christian Schreiber, Nicholas Depalma, Taylor Chapman**[1]
Counsel for Defendant, Strategic Technology Institute, Inc. ("STI")

During the conference, the Court discussed with counsel several outstanding issues in the case. The Court first discussed the three Orders issued earlier today,[2] and counsel did not request further clarification of the Court's rulings. Next, the Court addressed the parties' supplemental memoranda regarding copyrightability, which were timely-filed on April 1, 2022 at the Court's request.[3] After careful

---

[1] STI's counsel advised that two summer associates were also observing the status conference. Counsel for MGMTL voiced no opposition to their participation.
[2] R. Docs. 235, 236, and 237.
[3] R. Docs. 218 & 219. *See*, R. Doc. 216.

consideration of the parties' memoranda, the record, and the applicable law, the Court issued an **oral Order** that, based upon the manner by which STI raised this issue – orally at the February 17, 2022 Final Pretrial Conference and on the eve of the March 14, 2022 trial date[4] – questions of copyrightability must go to the jury in this case. The Court also issued an **oral Order DENYING as moot** MGMTL's Motion to Strike Excess Pages From Rec. Doc. 219 and New Opinions and Exhibits Not Included in Jonathan Krein's Expert Report (R. Doc. 224).

Finally, the Court advised counsel that it has a conflict with the current July 11, 2022 trial date, and discussed alternative dates based upon counsel's availability. The Court suggested July 19, 2022 and September 26, 2022 as alternative trial dates, and counsel preferred the September 26, 2022 date. The Court issued an **oral Order** giving counsel until Monday, June 6, 2022 to advise the Court if their clients or witnesses are unavailable on September 26, 2022 and, if they are not available, to request a status conference with the Court to discuss the matter. The Court further advised counsel to hold the July 11, 2022 and July 19, 2022 trial dates in the event that the parties or witnesses are not available on September 26, 2022.

Accordingly,

**IT IS HEREBY ORDERED** that, for the reasons stated during the conference, questions of copyrightability must go to the jury in this case.

---

[4] *See*, R. Doc. 216 at p. 2.

**IT IS FURTHER ORDERED** that MGMTL's Motion to Strike Excess Pages From Rec. Doc. 219 and New Opinions and Exhibits Not Included in Jonathan Krein's Expert Report (R. Doc. 224) is **DENIED as moot.**

**IT IS FURTHER ORDERED** that counsel shall advise the Court by **Monday, June 6, 2022** if their clients or witnesses are not available for trial on September 26, 2022.

New Orleans, Louisiana, June 3, 2022.

**WENDY B. VITTER**
**United States District Judge**