**MINUTE ENTRY**
**VITTER, J.**
**JUNE 6, 2022**
**JS10, 0:20**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MGMTL, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2138-WBV-MBN** |
| **STRATEGIC TECHNOLOGY INSTITUTE, INC.** | **SECTION: D (5)** |

### TELEPHONE STATUS CONFERENCE REPORT and ORDER

On June 6, 2022, at the Court's request, the Court held a telephone status conference in this matter.

**PRESENT:**

**Camille E. Gauthier, Dennis O. Durocher, Jr., Harold J. Flanagan**
Counsel for Plaintiff, MGMTL, LLC ("MGMTL")

**Micah J. Fincher, Christian Schreiber, Nicholas Depalma, Taylor Chapman**
Counsel for Defendant, Strategic Technology Institute, Inc. ("STI")

During the conference, the Court discussed with counsel the July 11, 2022 jury trial date and resetting the trial to the week of July 18, 2022 or the week of September 26, 2022. After a discussion with counsel, the Court issued an **oral Order** requiring counsel to confer and to email the Court by **Friday, June 10, 2022** with their suggestions of the reasonable amount of time it will take to present their respective cases at trial. The Court advised counsel that it will issue an order by Monday, June

13, 2022 confirming the new trial date and the time limit for each party to present their case. The Court further advised counsel to hold the weeks of July 18, 2022 and September 26, 2022 as potential trial dates.

Accordingly,

**IT IS HEREBY ORDERED** that counsel shall have until **Friday, June 10, 2022** to confer and to email the Court at efile-Vitter@laed.uscourts.gov with their suggestions of the reasonable amount of time that it will take to present their respective cases at trial.

New Orleans, Louisiana, June 6, 2022.

*[signature: Wendy B Vitter]*
**WENDY B. VITTER**
**United States District Judge**